ATTORNEY GRIEVANCE COMMISSION    \*   IN THE
OF MARYLAND             COURT OF APPEALS
                \*   OF MARYLAND
    Petitioner,

                \*   Misc. Docket AG
v.                 No.   30
                \*   September Term, 2015

KRISTAN PETERS-HAMLIN

                \*

    Respondent.

### ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action and request for interim suspension pursuant to Maryland Rule 16-773(d), with attached true test copies of the Opinion and Order of the United States District Court, Southern District of New York dated April 10, 2013 and Opinion of the United States Court of Appeals for the Second Circuit dated April 4, 2014 wherein Kristan Peters-Hamlin was suspended from the practice of law in the United States District Court, Southern District of New York for seven (7) years, *nunc pro tunc* to April 10, 2008; and it appearing that Kristan Peters-Hamlin is also a member of the Bar of this Court; it is this __20th__ day of _____August_____, 2015,

ORDERED by the Court of Appeals of Maryland that Respondent, Kristan Peters-Hamlin, be, and she is hereby, indefinitely suspended, effective immediately, from the further practice of law in the State of Maryland, pending further order of this Court, pursuant to Maryland Rule 16-773(d); and it is further,

ORDERED that the Clerk of this Court shall strike the name Kristan Peters-Hamlin from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.

            **/s/ Mary Ellen Barbera**
            _____
            Chief Judge